IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* Credit Suisse First Boston *As Agent*, | : | Civil Action No. 04-952 |
| Movant | : : | |
| *In re* Owens Corning, *et al.* | : : : | (Bankruptcy No. 00-3837) |

**ORDER**

AND NOW, this 13th day of September 2006, IT IS hereby ORDERED that the Motion by Credit Suisse to Withdraw the Reference is DISMISSED AS MOOT.

BY THE COURT:

/s/ John P. Fullam
Fullam,          Sr. J.